UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK B. AMAYA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CHRISTIAN PFEIFFER,<br><br>　　　　　Respondent. | Case No. 5:18-CV-02692-JAK-JC<br><br>JUDGMENT |

　　Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is dismissed without prejudice.

　　IT IS SO ADJUDGED.

DATED: May 1, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE